IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01333-RPM

COLLEGE PARTNERSHIP, INC.,

        Plaintiff,

v.

DUNCAN CAPITAL, LLC,
DCOFI MASTER LDC, and
BRIDGES & PIPES, LLC,

        Defendants.

---

ORDER OF DISMISSAL OF THE THIRD CAUSE OF ACTION AND DEFENDANTS DCOFI MASTER LDC AND BRIDGES & PIPES, LLC, AND ORDER FOR TRANSFER OF CLAIMS AGAINST DEFENDANT DUNCAN CAPITAL, LLC

---

On consideration of the defendants' motions to dismiss and alternatively to transfer jurisdiction, the Court finds and concludes that the complaint initiating this action, filed in the District Court, City and County of Denver, and removed to this court on the basis of diversity jurisdiction, fails to state any claim for relief as to the named defendants DCOFI Master LDC (now CAMOFI LDC) and Bridges & Pipes, LLC.  The third cause of action alleged in the complaint is not sufficient in alleging fraud in the inducement with respect to the underlying agreement which is the basis for the dispute alleged in the first and second causes of action against the defendant Duncan Capital, LLC.  The plaintiff has failed to comply with the pleading requirement of Rule 9(b) of the Colorado Rules of Civil Procedure which is parallel

with Fed.R.Civ.P. 9(b).  The plaintiff here is the defendant in actions pending in the United States District Court for the Southern District of New York in actions filed by CAMOFI and Bridges & Pipes for the collection of the "Bridge Notes" and it is apparent that the contentions of College Partnership, Inc., concerning the circumstances given rise to the issuance of those notes would be defenses in those actions.

The agreement forming the basis for the plaintiff's claims against Duncan Capital, LLC, have a forum selection clause in which College Partnership, Inc., has accepted jurisdiction of the courts of New York and New York law is to be applied. Transfer of the claims against Duncan Capital to the Southern District of New York provides the opportunity for that court to consolidate this and the actions there pending, a move that serves the interest of judicial economy.  The fact that the plaintiff filed this action first is not a compelling consideration given the insufficiency of the complaint to make the preemptive strike that was attempted.  It is now

ORDERED that this civil action is dismissed as to the defendants DCOFI Master LDC (now CAMOFI LDC) and Bridges & Pipes, LLC, for failure to state claims for relief against those defendants and it is

FURTHER ORDERED that the third cause of action against defendant Duncan Capital, LLC, is dismissed for failure to comply with Rule 9(b) and it is

FURTHER ORDERED that the first and second claims for relief against the defendant Duncan Capital, LLC, are transferred to the United States District Court

for the Southern District of New York.

Dated: October 12th, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge